UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD J. JACKSON, JR.,<br><br>     Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>     Defendants. | Case No. 26-cv-10013<br><br>Honorable Robert J. White |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING WELLS FARGO BANK'S MOTIONS TO PARTIALLY DISMISS THE COMPLAINT AND FOR A PRELIMINARY INJUNCTION**

Harold Jackson, Jr. commenced this action against, among others, Well Fargo Bank, N.A., stemming from the bank's attempt to evict him from a residential property located in Detroit, Michigan.  The complaint alleges civil violations of the Racketeer Influenced and Corrupt Organization Act as well as 42 U.S.C. § 1983.

Before the Court is Magistrate Judge Kimberly G. Altman's May 21, 2026 report and recommendation. (ECF No. 15).  The report recommends that the Court (1) grant Wells Fargo's motion to dismiss the claims asserted against it in the complaint, and (2) grant Wells Fargo's motion for a preliminary injunction seeking to enjoin Jackson from filing future cases in the United States District Court for the

Eastern District of Michigan related to the property without leave of court. (ECF Nos. 6, 12).  None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).  Nor did Jackson oppose the original motions.

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's May 21, 2026 report and recommendation (ECF No. 15) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Wells Fargo's motion to dismiss the claims asserted against it in the complaint (ECF No. 6) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to terminate Wells Fargo Bank, N.A. from the docket as a party defendant.

IT IS FURTHER ORDERED that Well's Fargo's motion for a preliminary injunction seeking to enjoin Jackson from filing future cases in the United States District Court for the Eastern District of Michigan related to the property without leave of court (ECF No. 12) is granted.

IT IS FURTHER ORDERED that Jackson is hereby required to seek leave of court before initiating any lawsuit in the United States District Court for the Eastern District of Michigan related to the property located at 16781 Huntington Road, Detroit, Michigan 48219.

Dated: June 8, 2026                              s/ Robert J. White
                                                 Robert J. White
                                                 United States District Judge