UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD J. JACKSON, JR.,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 26-cv-10013<br><br>Honorable Robert J. White |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT FOR LACK OF PROSECUTION**

Harold Jackson, Jr. commenced this action against, among others, Well Fargo Bank, N.A., stemming from the bank's attempt to evict him from a residential property located in Detroit, Michigan. The complaint alleges civil violations of the Racketeer Influenced and Corrupt Organization Act as well as 42 U.S.C. § 1983. The Court dismissed Wells Fargo as a party defendant previously. (ECF No. 18).

Before the Court is Magistrate Judge Kimberly G. Altman's September 24, 2026 report and recommendation. (ECF No. 22). The report recommends that the Court dismiss the remaining named defendants because of Jackson's failure to prosecute the case. (*Id.*, PageID.498, 501). Jackson did not object to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's September 24, 2026 report and recommendation (ECF No. 22) is hereby accepted and adopted.

IT IS FURTHER ORDERED that the complaint is dismissed without prejudice for lack of prosecution.

IT IS FURTHER ORDERED that Jackson's objections to the magistrate judge's May 21, 2026 report and recommendation (ECF No. 16) are overruled as untimely.

Dated: October 13, 2026

s/ Robert J. White
Robert J. White
United States District Judge