UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD J. JACKSON, JR.,

Plaintiff,

v.

WELLS FARGO BANK, N.A., et al.,

Defendants.

Case No. 26-cv-10013

Honorable Robert J. White

## JUDGMENT

The Court has granted Wells Fargo Bank, N.A.'s motion to dismiss the complaint. It has also dismissed the remaining defendants, for lack of prosecution, without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

October 13, 2026

Approved: s/ Robert J. White
Robert J. White
United States District Judge